**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sandi J. Ursel<br>   <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 14-70668 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1403

            Respectfully submitted,


            **/s/ James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            jwarmbrodt@kmllawgroup.com
            Attorney I.D. No. 42524
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            Phone: 215-825-6306
            Fax: 215-825-6406
            Attorney for Movant/Applicant