**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No.14-70668JAD |
| SANDI J. URSEL | |
| | |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee | Chapter 13 |
| Movant | |
| vs. | |
| SANDI J. URSEL | Document No.___54___ |
| | |
| Respondents | |

FILED
10/8/19 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __8th____ day of __October__ , 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sci Laurel Highlands
Attn: Payroll Manager
5706 Glades Pike Rd
Somerset,PA 15501

is hereby ordered to immediately terminate the attachment of the wages of SANDI J. URSEL,

social security number XXX-XX-5869.   No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of SANDI J. URSEL.

FURTHER ORDERED:  n/a

BY THE COURT:

_jsf_

_____

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
     Debtor(s) Attorney
     Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-70668-JAD
Sandi J. Ursel                                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7              User: dpas              Page 1 of 1              Date Rcvd: Oct 08, 2019
                                  Form ID: pdf900        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db              +Sandi J. Ursel,   231 Grape Avenue,   Johnstown, PA 15906-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
          Joseph P. Schalk    on behalf of Creditor    Bank of America, N.A. jschalk@barley.com,
           sromig@barley.com
          Kenneth P. Seitz    on behalf of Debtor Sandi J. Ursel thedebterasers@aol.com
          Mario J. Hanyon    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 8