## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 14-70668-JAD** |
|     Sandi J. Ursel, | : | |
|                   **Debtor** | : | **Chapter 13** |
| | : | |
| **Sandi J. Ursel,** | : | **Docket No. 60** |
|                   **Movant** | : | |
|    vs. | : | |
| | : | |
| **American Infosource, LP,** | : | |
| **Bank of America, N.A.,** | : | |
| **Capital One,** | : | |
| **Capital One Auto Finance,** | : | |
| **Conemaugh Memorial Medical Ctr.,** | : | |
| **Conemaugh Physician Group,** | : | |
| **DirecTV, LLC,** | : | |
| **Dr. Jeffrey P. Hooper, D.M.D.,** | : | |
| **JPMorgan Chase Bank, N.A.,** | : | |
| **M&T Bank,** | : | |
| **PayPal Smart Connect,** | : | |
| **Penelec,** | : | |
| **Portfolio Recovery Associates, LLC,** | : | |
| **S. Goldblatt Pathology,** | : | |
| **Stephen J. Matse,** | : | |
| **WalMart,** | : | |
| **Webbank-Fingerhut,** | : | |
| | : | |
|                 **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
|        **Additional Respondent** | : | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO APPROVE SETTLEMENT IN WORKER'S COMPENSATION CLAIM

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the application no later than **November 4, 2019**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Application may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

      A hearing will be held on **Friday, November 15, 2019, at 11:00 AM** before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: <u>October 17, 2019</u>             Attorney for Movant:

<u>/s/ Kenneth P. Seitz, Esquire</u>
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA  15658
(814) 536-7470