# LOCAL BANKRUPTCY FORM NO. 6

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 14-70668-JAD |
| Sandi J. Ursel, | : | |
| Debtor | : | Chapter 13 |
| | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition *Specify reason for amendment*: No Asset Case
Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
__X__ Schedule B - Personal Property
__X__ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
Check one:
_____ Creditor(s) added
_____ NO creditor(s) added
_____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

      Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

      ALL CREDITORS ON THE COURT'S MAILING MATRIX (ATTACHED).

      Respectfully submitted,

Date: October 30, 2019        /s/ Kenneth P. Seitz, Esquire
       Kenneth P. Seitz, Esquire
       PA I.D. # 81666
       Law Offices of Kenny P. Seitz
       P.O. Box 211
       Ligonier, PA  15658
       Tel: 814.536-7470
       Email: ClrfldEsq@aol.com
       Attorney for Debtor

```
Label Matrix for local noticing           Capital One Auto Finance              Capital One Auto Finance c/o AIS Portfolio S
0315-7                                    C/O Ascension Capital Group           4515 N. Santa Fe Ave.
Case 14-70668-JAD                         P.O. Box 201347                       Dept APS
WESTERN DISTRICT OF PENNSYLVANIA          Arlington, Tx 76006-1347              Oklahoma City, OK 73118-7901
Johnstown
Wed Oct 16 11:37:22 EDT 2019

7                                         American InfoSource LP as agent for   BANK OF AMERICA, N.A.
U.S. Bankruptcy Court                     DIRECTV, LLC                          ATTN: BANKRUPTCY DEPT.
5414 U.S. Steel Tower                     PO Box 51178                          MAIL STOP CA6-09-01-23
600 Grant Street                          Los Angeles, CA  90051-5478           400 NATIONAL WAY
Pittsburgh, PA 15219-2703                                                       SIMI VALLEY, CA 93065-6414

Bank of America Home Loans                Capital One                           Capital One Auto Finance
P.O. Box 5170                             P.O. Box 30285                        3905 Dallas Pkwy
Simi Valley, CA 93062-5170                Salt Lake City, UT 84130-0285         Plano, TX 75093-7892

Capital One Auto Finance c/o AIS          Conemaugh Memorial Medical Center     Conemaugh Physician Group
Potfolio, LP f/k/a AIS Data Services      Attn: Patient Accounting              1086 Franklin Street
d/b/a Ascension Capital Group             1086 Franklin Street                  Johnstown, PA 15905-4398
4515 N Santa Fe Ave Dept APS              Johnstown, PA 15905-4305
Oklahoma City, OK 73118-7901

(p)DIRECTV LLC                            Dr. Jeffrey P. Hooper, D.M.D., PC     JPMorgan Chase Bank N.A.
ATTN BANKRUPTCIES                         100 Hostetler Road                    National Bankruptcy Department
PO BOX 6550                               Johnstown, PA 15904-3111              P.O.Box 29505 AZ1-1191
GREENWOOD VILLAGE CO 80155-6550                                                 Phoenix , AZ 85038-9505

(p)M&T BANK                               Office of the United States Trustee   PayPal Smart Connect
LEGAL DOCUMENT PROCESSING                 Liberty Center.                       P.O. Box 965003
626 COMMERCE DRIVE                        1001 Liberty Avenue, Suite 970        Orlando, FL 32896-5003
AMHERST NY 14228-2307                     Pittsburgh, PA 15222-3721

Penelec                                   Penelec A Firstenergy Company         Peoples Natural Gas Company
P.O. Box 3687                             c/o Firstenergy Corp.                 P.O. Box 644760
Akron, OH 44309-3687                      331 Newman Springs Road, Building 3   Pittsburgh, PA 15264-4760
                                          Red Bank, NJ 07701-5688

Peoples Natural Gas Company, LLC          (p)PORTFOLIO RECOVERY ASSOCIATES LLC  S. Goldblatt Pathology
375 N. Shore Drive, Suite 600             PO BOX 41067                          P.O. Box 49
Pittsburgh, PA 15212-5866                 NORFOLK VA 23541-1067                 Pittsburgh, PA 15230-0049
Attn: Dawn Lindner

Stephen J. Matse Do                       Walmart/GECRB                         Webbank-Fingerhut
P.O. Box 1254                             P.O. Box 530927                       6250 Ridgewood Rd
Johnstown, PA 15907-1254                  Atlanta, GA 30353-0927                St. Cloud, MN 56303-0820

Kenneth P. Seitz                          Ronda J. Winnecour                    Sandi J. Ursel
Law Offices of Kenny P. Seitz             Suite 3250, USX Tower                 231 Grape Avenue
P.O. Box 211                              600 Grant Street                      Johnstown, PA 15906-2010
Ligonier, PA 15658-0211                   Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DirecTV<br>P.O. Box 11732<br>Newark, NJ 07101 | M&T Bank<br>Lending Services, Customer Support<br>P.O. Box 900<br>Millsboro, DE 19966 | (d)M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240-1288 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (u)JPMorgan Chase Bank, N.A. | (u)M&T BANK |

End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Sandi J Ursel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | 14-70668 | | |

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                                                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ■ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>   **$0.00**

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ■ No
   ☐ Yes. Describe.....

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

| Debtor 1 | Sandi J Ursel | Case number *(if known)* | 14-70668 |
|---|---|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................    **$0.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.............................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ■ No
    ☐ Yes........................    Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

| Debtor 1 | Sandi J Ursel | Case number *(if known)* | 14-70668 |
|---|---|---|---|

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
                    Name of entity:                % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                    Type of account:         Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

Debtor 1   **Sandi J Ursel**                                                          Case number *(if known)*   **14-70668**

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    
    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

    | Worker's Compensation Claim | $76,839.01 |
    |---|---|

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................   **$76,839.01**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................   **$0.00**

Official Form 106A/B                           Schedule A/B: Property                                              page 4

| | | |
|---|---|---|
| Debtor 1 | **Sandi J Ursel** | Case number *(if known)* **14-70668** |

**Part 8:** List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$0.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$76,839.01** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$76,839.01** | Copy personal property total | **$76,839.01** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$76,839.01** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sandi J Ursel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 14-70668 | | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Worker's Compensation Claim**<br>Line from *Schedule A/B*: **34.1** | $76,839.01 | ☒ $76,839.01<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11)(E) |
| **Worker's Compensation Claim**<br>Line from *Schedule A/B*: **34.1** | $76,839.01 | ☒ $76,839.01<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(C) |
| **Worker's Compensation Claim**<br>Line from *Schedule A/B*: **34.1** | $76,839.01 | ☒ $12,215.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☒ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ☐ No
     ☐ Yes