IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 14-70668-JAD |
| Sandi J. Ursel,<br>    Debtor(s). | Chapter 13 |
| Sandi J. Ursel,<br>    Movant, | Related to Doc. 57, 59, and 61 |
| vs. | |
| Ronda J. Winnecour, Trustee,<br>    Respondent(s). | |

## CONSENT ORDER OF COURT

AND NOW, THIS _____ day of _____, 20\_\_\_\_, upon consideration of the APPLICATION TO EMPLOY SPECIAL COUNSEL IN WORKER'S COMPENSATION CLAIM filed at Doc 57 ("Engagement Motion"); MOTION TO APPROVE SETTLEMENT IN WORKER'S COMPENSATION CLAIM at Doc 59 ("Settlement Motion"), and AMENDMENT TO SCHEDULES at Doc 61 ("Amendment"), and with the consent of the Trustee and the Debtor, it is hereby ORDERED that the matters and any filed or prospective objections are resolved as follows:

(a) The Engagement Motion and Settlement Motion are approved subject to the terms of this Order.

(b) Debtor is authorized to settle the Workers' Compensation Case in the amount of $97,298.76. Special counsel (Stephen R. Miller) shall be responsible for the distribution of the settlement sum, and shall distribute it as follows: $19,459.75 to himself for counsel fees and $500 to himself for costs; $500 to Debtor's Counsel, the Law Offices of Kenny P. Seitz, for fees related to the Engagement and Settlement Motions; $5,967 to the Chapter 13 Trustee by check payable to Ronda J. Winnecour, Chapter 13 Trustee, and mailed to

      Ronda J. Winnecour, Chapter 13 Trustee, W.D.PA, P.O. Box 84051, Chicago, IL, 60689-4002 (which amount shall be deemed non-exempt); and the balance to the Debtor which shall be deemed to be exempt.

(c)    The $5,967 distributed to the Trustee shall be treated as additional plan funding and after deduction of Trustee fees be earmarked for distribution to timely filed general unsecured creditors. The Chapter 13 Plan shall be deemed amended to incorporate this Consent Order.

                                                   So Ordered:

                                                   U.S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Kenneth P. Seitz
Kenneth P. Seitz, Esquire
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814)536-7470
Attorney for Debtor