**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: : | | Bankruptcy No. 14-70668-JAD |
| Sandi J. Ursel, : | | |
| Debtor : | | Chapter 13 |
| : | | |
| Sandi J. Ursel, : | | Docket No. 64 |
| Movant : | | |
| : | | Related to Docket No. 59 |
| vs. : | | |
| : | | Hearing Date & Time: November 15, 2019 |
| No Respondents : | | 11:00 AM |
| Respondent : | | |
| : | | |
| : | | |
| Ronda J. Winnecour, Esquire , : | | |
| Chapter 13 Trustee, : | | |
| Additional Respondent : | | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION TO APPROVE SETTLEMENT IN WORKER'S COMPENSATION CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion to Approve Settlement in Worker's Compensation Claim filed on October 17, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Debtor's Motion to Approve Settlement in Worker's Compensation Claim appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's Motion to Approve Settlement in Worker's Compensation Claim were to be filed and served no later than November 4, 2019.

It is hereby respectfully requested that the Order attached to the Debtor's Motion to Approve Settlement in Worker's Compensation Claim be entered by the Court.

Dated: November 5, 2019       /s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470