FILED
11/12/19 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 14-70668-JAD |
| Sandi J. Ursel,<br>    Debtor(s). | Chapter 13 |
| Sandi J. Ursel,<br>    Movant, | Related to Doc. 57, 59, and 61<br><br>Doc. # 62 |
| vs. | |
| Ronda J. Winnecour, Trustee,<br>    Respondent(s). | |

**CONSENT ORDER OF COURT**

AND NOW, THIS 8th day of November, 2019, upon consideration of the APPLICATION TO EMPLOY SPECIAL COUNSEL IN WORKER'S COMPENSATION CLAIM filed at Doc 57 ("Engagement Motion"); MOTION TO APPROVE SETTLEMENT IN WORKER'S COMPENSATION CLAIM at Doc 59 ("Settlement Motion"), and AMENDMENT TO SCHEDULES at Doc 61 ("Amendment"), and with the consent of the Trustee and the Debtor, it is hereby ORDERED that the matters and any filed or prospective objections are resolved as follows:

(a) The Engagement Motion and Settlement Motion are approved subject to the terms of this Order.

(b) Debtor is authorized to settle the Workers' Compensation Case in the amount of $97,298.76. Special counsel (Stephen R. Miller) shall be responsible for the distribution of the settlement sum, and shall distribute it as follows: $19,459.75 to himself for counsel fees and $500 to himself for costs; $500 to Debtor's Counsel, the Law Offices of Kenny P. Seitz, for fees related to the Engagement and Settlement Motions; $5,967 to the Chapter 13 Trustee by check payable to Ronda J. Winnecour, Chapter 13 Trustee, and mailed to

Ronda J. Winnecour, Chapter 13 Trustee, W.D.PA, P.O. Box 84051, Chicago, IL, 60689-4002 (which amount shall be deemed non-exempt); and the balance to the Debtor which shall be deemed to be exempt.

(c) The $5,967 distributed to the Trustee shall be treated as additional plan funding and after deduction of Trustee fees be earmarked for distribution to timely filed general unsecured creditors. The Chapter 13 Plan shall be deemed amended to incorporate this Consent Order.

So Ordered:



jsf

U.S. Bankruptcy Judge
Jeffery A. Deller

**Consented to:**

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**


/s/ Kenneth P. Seitz
Kenneth P. Seitz, Esquire
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814)536-7470
**Attorney for Debtor**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 14-70668-JAD
Sandi J. Ursel                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7         User: bsil                 Page 1 of 1             Date Rcvd: Nov 12, 2019
                             Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
              +Owen W. Katz, Esq.,   Suite3250 USX Tower,   600 Grant Street,   Pittsburgh, PA  15219,
                UNITED STATES 15219-2702
sp          +Stephen R. Miller,   Pond Lehocky Stern & Girodano,   401 Liberty Avenue, Ste. 2325,
                Pittsburgh, PA 15222-1035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    Bank of America, N.A. jschalk@barley.com,
               sromig@barley.com
              Kenneth P. Seitz    on behalf of Debtor Sandi J. Ursel thedebterasers@aol.com
              Mario J. Hanyon    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 8