**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 14-70668-JAD |
| Sandi J. Ursel, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER EMPLOYING PROFESSIONAL FOR DEBTOR**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 15th day of November, 2019, a true and correct copy of the Consent Order of Court dated November 8, 2019 (docketed November 12, 2019), on all creditors on the Court's Mailing Matrix including Special Counsel; Stephen R. Miller, Esquire by First-Class Mail. U.S. Postage paid.

Executed on: <u>November 15, 2019</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Assistant
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          Capital One Auto Finance              Capital One Auto Finance c/o AIS Portfolio S
0315-7                                   C/O Ascension Capital Group           4515 N. Santa Fe Ave.
Case 14-70668-JAD                        P.O. Box 201347                       Dept APS
WESTERN DISTRICT OF PENNSYLVANIA         Arlington, Tx 76006-1347              Oklahoma City, OK 73118-7901
Johnstown
Wed Oct 16 11:37:22 EDT 2019

7                                        American InfoSource LP as agent for   BANK OF AMERICA, N.A.
U.S. Bankruptcy Court                    DIRECTV, LLC                          ATTN: BANKRUPTCY DEPT.
5414 U.S. Steel Tower                    PO Box 51178                          MAIL STOP CA6-09-01-23
600 Grant Street                         Los Angeles, CA  90051-5478           400 NATIONAL WAY
Pittsburgh, PA 15219-2703                                                      SIMI VALLEY, CA 93065-6414

Bank of America Home Loans               Capital One                           Capital One Auto Finance
P.O. Box 5170                            P.O. Box 30285                        3905 Dallas Pkwy
Simi Valley, CA 93062-5170               Salt Lake City, UT 84130-0285         Plano, TX 75093-7892


Capital One Auto Finance c/o AIS         Conemaugh Memorial Medical Center     Conemaugh Physician Group
Potfolio, LP f/k/a AIS Data Services     Attn: Patient Accounting              1086 Franklin Street
d/b/a Ascension Capital Group            1086 Franklin Street                  Johnstown, PA 15905-4398
4515 N Santa Fe Ave Dept APS             Johnstown, PA 15905-4305
Oklahoma City, OK 73118-7901

(p)DIRECTV LLC                           Dr. Jeffrey P. Hooper, D.M.D., PC     JPMorgan Chase Bank N.A.
ATTN BANKRUPTCIES                        100 Hostetler Road                    National Bankruptcy Department
PO BOX 6550                              Johnstown, PA 15904-3111              P.O.Box 29505 AZ1-1191
GREENWOOD VILLAGE CO 80155-6550                                                Phoenix , AZ 85038-9505


(p)M&T BANK                              Office of the United States Trustee   PayPal Smart Connect
LEGAL DOCUMENT PROCESSING                Liberty Center.                       P.O. Box 965003
626 COMMERCE DRIVE                       1001 Liberty Avenue, Suite 970        Orlando, FL 32896-5003
AMHERST NY 14228-2307                    Pittsburgh, PA 15222-3721


Penelec                                  Penelec A Firstenergy Company         Peoples Natural Gas Company
P.O. Box 3687                            c/o Firstenergy Corp.                 P.O. Box 644760
Akron, OH 44309-3687                     331 Newman Springs Road, Building 3   Pittsburgh, PA 15264-4760
                                         Red Bank, NJ 07701-5688


Peoples Natural Gas Company, LLC         (p)PORTFOLIO RECOVERY ASSOCIATES LLC  S. Goldblatt Pathology
375 N. Shore Drive, Suite 600            PO BOX 41067                          P.O. Box 49
Pittsburgh, PA 15212-5866                NORFOLK VA 23541-1067                 Pittsburgh, PA 15230-0049
Attn:  Dawn Lindner


Stephen J. Matse Do                      Walmart/GECRB                         Webbank-Fingerhut
P.O. Box 1254                            P.O. Box 530927                       6250 Ridgewood Rd
Johnstown, PA 15907-1254                 Atlanta, GA 30353-0927                St. Cloud, MN 56303-0820


Kenneth P. Seitz                         Ronda J. Winnecour                    Sandi J. Ursel
Law Offices of Kenny P. Seitz            Suite 3250, USX Tower                 231 Grape Avenue
P.O. Box 211                             600 Grant Street                      Johnstown, PA 15906-2010
Ligonier, PA 15658-0211                  Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DirecTV<br>P.O. Box 11732<br>Newark, NJ 07101 | M&T Bank<br>Lending Services, Customer Support<br>P.O. Box 900<br>Millsboro, DE 19966 | (d)M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240-1288 |

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (u)JPMorgan Chase Bank, N.A. | (u)M&T BANK |

End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32