**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :     **Case No. 14-70668-JAD**
    **Sandi J. Ursel,**                      :
                  **Debtor**     :     **Chapter 13**
                            :

<u>**CERTIFICATE OF SERVICE OF AMENDED
SCHEDULE B AND AMENDED SCHEDULE C**</u>

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify that I

am over the age of eighteen years old under penalty of perjury that I served or caused to be

served, on the 15th day of November, 2019, a true and exact copy of the Amended Schedule B

and the Amended Schedule C dated October 30, 2019, along with a copy of the Order dated

November 12, 2019, on all the parties on the Court's Mailing Matrix by First-Class Mail, U.S.

Postage paid.

Executed on: <u>November 15, 2019</u>

Respectfully submitted,
<u>/s/ Jessica L. Tighe</u>
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____

*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-7
Case 14-70668-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Wed Oct 16 11:37:22 EDT 2019

Capital One Auto Finance
C/O Ascension Capital Group
P.O. Box 201347
Arlington, Tx 76006-1347

Capital One Auto Finance c/o AIS Portfolio S
4515 N. Santa Fe Ave.
Dept APS
Oklahoma City, OK 73118-7901

7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA 90051-5478

BANK OF AMERICA, N.A.
ATTN: BANKRUPTCY DEPT.
MAIL STOP CA6-09-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065-6414

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
3905 Dallas Pkwy
Plano, TX 75093-7892

Capital One Auto Finance c/o AIS
Potfolio, LP f/k/a AIS Data Services
d/b/a Ascension Capital Group
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

Conemaugh Memorial Medical Center
Attn: Patient Accounting
1086 Franklin Street
Johnstown, PA 15905-4305

Conemaugh Physician Group
1086 Franklin Street
Johnstown, PA 15905-4398

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Dr. Jeffrey P. Hooper, D.M.D., PC
100 Hostetler Road
Johnstown, PA 15904-3111

JPMorgan Chase Bank N.A.
National Bankruptcy Department
P.O.Box 29505 AZ1-1191
Phoenix , AZ 85038-9505

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PayPal Smart Connect
P.O. Box 965003
Orlando, FL 32896-5003

Penelec
P.O. Box 3687
Akron, OH 44309-3687

Penelec A Firstenergy Company
c/o Firstenergy Corp.
331 Newman Springs Road, Building 3
Red Bank, NJ 07701-5688

Peoples Natural Gas Company
P.O. Box 644760
Pittsburgh, PA 15264-4760

Peoples Natural Gas Company, LLC
375 N. Shore Drive, Suite 600
Pittsburgh, PA 15212-5866
Attn: Dawn Lindner

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

S. Goldblatt Pathology
P.O. Box 49
Pittsburgh, PA 15230-0049

Stephen J. Matse Do
P.O. Box 1254
Johnstown, PA 15907-1254

Walmart/GECRB
P.O. Box 530927
Atlanta, GA 30353-0927

Webbank-Fingerhut
6250 Ridgewood Rd
St. Cloud, MN 56303-0820

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Sandi J. Ursel
231 Grape Avenue
Johnstown, PA 15906-2010

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DirecTV<br>P.O. Box 11732<br>Newark, NJ 07101 | M&T Bank<br>Lending Services, Customer Support<br>P.O. Box 900<br>Millsboro, DE 19966 | (d)M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240-1288 |

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (u)JPMorgan Chase Bank, N.A. | (u)M&T BANK |

End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32