Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Sandi J. Ursel**
Debtor(s)

Bankruptcy Case No.: 14−70668−JAD

Chapter: 13
Docket No.: 75 − 74

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 31st of March, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/1/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/10/20 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/1/20.**

                                                                            Jeffery A. Deller
                                                                         United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-70668-JAD
Sandi J. Ursel                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur              Page 1 of 2           Date Rcvd: Mar 31, 2020
                              Form ID: 408            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db          +Sandi J. Ursel,    231 Grape Avenue,    Johnstown, PA 15906-2010
sp          +Stephen R. Miller,    Pond Lehocky Stern & Girodano,    401 Liberty Avenue, Ste. 2325,
              Pittsburgh, PA 15222-1035
13980222     American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
              Los Angeles, CA 90051-5478
13957209    +BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
              SIMI VALLEY, CA 93065-6414
13924565    +Bank of America Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13924568    +Conemaugh Memorial Medical Center,    Attn: Patient Accounting,    1086 Franklin Street,
              Johnstown, PA 15905-4305
13924569    +Conemaugh Physician Group,    1086 Franklin Street,    Johnstown, PA 15905-4398
13924571    +Dr. Jeffrey P. Hooper, D.M.D., PC,    100 Hostetler Road,    Johnstown, PA 15904-3111
13924574    +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
13957721    +Penelec A Firstenergy Company,    c/o Firstenergy Corp.,    331 Newman Springs Road, Building 3,
              Red Bank, NJ 07701-5688
13924575    +Peoples Natural Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13983259    +Peoples Natural Gas Company, LLC,    375 N. Shore Drive, Suite 600,    Pittsburgh, PA 15212-5866,
              Attn:  Dawn Lindner
13924576    +S. Goldblatt Pathology,    P.O. Box 49,    Pittsburgh, PA 15230-0049
13924577     Stephen J. Matse Do,    P.O. Box 1254,    Johnstown, PA 15907-1254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 01 2020 04:37:57
              Capital One Auto Finance,    C/O Ascension Capital Group,    P.O. Box 201347,
              Arlington, Tx 76006-1347
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 01 2020 04:36:26
              Capital One Auto Finance c/o AIS Portfolio Service,    4515 N. Santa Fe Ave.,   Dept APS,
              Oklahoma City, OK 73118-7901
13924566      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 01 2020 04:37:01     Capital One,
              P.O. Box 30285,    Salt Lake City, UT 84130-0285
13924567    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 01 2020 04:36:29
              Capital One Auto Finance,    3905 Dallas Pkwy,    Plano, TX 75093-7892
13948888    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 01 2020 04:36:39
              Capital One Auto Finance c/o AIS,    Potfolio, LP f/k/a AIS Data Services,
              d/b/a Ascension Capital Group,    4515 N Santa Fe Ave Dept APS,    Oklahoma City, OK 73118-7901
13924570     E-mail/Text: G06041@att.com Apr 01 2020 04:31:45     DirecTV,    P.O. Box 11732,
              Newark, NJ 07101
13946248     E-mail/Text: bk.notifications@jpmchase.com Apr 01 2020 04:30:42     JPMorgan Chase Bank N.A.,
              National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13924572     E-mail/Text: camanagement@mtb.com Apr 01 2020 04:30:37     M&T Bank,
              Lending Services, Customer Support,    P.O. Box 900,    Millsboro, DE 19966
13943742     E-mail/Text: camanagement@mtb.com Apr 01 2020 04:30:37     M&T Bank,    PO Box 1288,
              Buffalo, NY 14240-1288
13970946      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2020 04:36:33
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13924573    +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:36:55     PayPal Smart Connect,
              P.O. Box 965003,    Orlando, FL 32896-5003
13924578    +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:36:23     Walmart/GECRB,    P.O. Box 530927,
              Atlanta, GA 30353-0927
13951110    +E-mail/Text: bnc-bluestem@quantum3group.com Apr 01 2020 04:31:58     Webbank-Fingerhut,
              6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank of America, N.A.
cr            JPMorgan Chase Bank, N.A.
cr            M&T BANK
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-7          User: jfur              Page 2 of 2              Date Rcvd: Mar 31, 2020
                              Form ID: 408            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joseph P. Schalk    on behalf of Creditor    Bank of America, N.A. jschalk@barley.com,
           sromig@barley.com
          Kenneth P. Seitz    on behalf of Debtor Sandi J. Ursel thedebterasers@aol.com
          Mario J. Hanyon    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 9
```