**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SANDI J. URSEL<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　　vs.<br>No Respondents. | Case No.:14-70668 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

March 23, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/19/2014 and confirmed on 11/4/14. The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 46,004.60 |
| Less Refunds to Debtor | 836.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,168.26 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,879.00 | |
|   Trustee Fee | 1,885.68 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,764.68 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 14,935.24 | 0.00 | 14,935.24 |
|     Acct: 7837 | | | | |
|   BANK OF AMERICA** | 175.90 | 175.90 | 225.71 | 401.61 |
|     Acct: 9337 | | | | |
|   M & T BANK | 257.08 | 257.08 | 0.00 | 257.08 |
|     Acct: 7837 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 15,375.46 | 15,375.46 | 2,765.49 | 18,140.95 |
|     Acct: 2152 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1403 | | | | |
| | | | | 33,734.88 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 3,879.00 | 3,879.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANDI J. URSEL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANDI J. URSEL | 836.34 | 836.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,200.44 | 2,200.44 | 0.00 | 2,200.44 |
|     Acct: 3381 | | | | |
|   CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4437 | | | | |
|   CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3735 | | | | |
|   CONEMAUGH PHYSICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: X6.25 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DII | 123.98 | 123.98 | 0.00 | 123.98 |
|     Acct: 9800 | | | | |
|   JEFFREY P HOOPER DMD | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 1585 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 539.72 | 539.72 | 0.00 | 539.72 |
|     Acct: 1540 | | | | |
|   PENELEC/FIRST ENERGY** | 373.58 | 373.58 | 0.00 | 373.58 |
|     Acct: 4816 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,646.67 | 1,646.67 | 0.00 | 1,646.67 |
|     Acct: 5869 | | | | |
|   S GOLDBLATT PATHOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1181 | | | | |
|   STEPHEN J MATSE DO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: A000 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 500.53 | 500.53 | 0.00 | 500.53 |
|     Acct: 4501 | | | | |
|   WEBBANK-FINGERHUT | 283.78 | 283.78 | 0.00 | 283.78 |
|     Acct: 4681 | | | | |
| | | | | 5,668.70 |

TOTAL PAID TO CREDITORS                                                                       39,403.58

TOTAL
CLAIMED            0.00
PRIORITY      15,808.44
SECURED        5,668.70


Date: 03/23/2020                                          /s/ Ronda J. Winnecour

                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　SANDI J. URSEL<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:14-70668 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-70668-JAD
Sandi J. Ursel                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur              Page 1 of 2              Date Rcvd: Mar 31, 2020
                              Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db         +Sandi J. Ursel,    231 Grape Avenue,    Johnstown, PA 15906-2010
sp         +Stephen R. Miller,   Pond Lehocky Stern & Girodano,    401 Liberty Avenue, Ste. 2325,
             Pittsburgh, PA 15222-1035
13980222    American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
             Los Angeles, CA 90051-5478
13957209   +BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,   MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
             SIMI VALLEY, CA 93065-6414
13924565   +Bank of America Home Loans,    P.O. Box 5170,   Simi Valley, CA 93062-5170
13924568   +Conemaugh Memorial Medical Center,    Attn: Patient Accounting,    1086 Franklin Street,
             Johnstown, PA 15905-4305
13924569   +Conemaugh Physician Group,    1086 Franklin Street,   Johnstown, PA 15905-4398
13924571   +Dr. Jeffrey P. Hooper, D.M.D., PC,    100 Hostetler Road,   Johnstown, PA 15904-3111
13924574   +Penelec,    P.O. Box 3687,   Akron, OH 44309-3687
13957721   +Penelec A Firstenergy Company,    c/o Firstenergy Corp.,   331 Newman Springs Road, Building 3,
             Red Bank, NJ 07701-5688
13924575   +Peoples Natural Gas Company,    P.O. Box 644760,   Pittsburgh, PA 15264-4760
13983259   +Peoples Natural Gas Company, LLC,    375 N. Shore Drive, Suite 600,   Pittsburgh, PA 15212-5866,
             Attn:  Dawn Lindner
13924576   +S. Goldblatt Pathology,    P.O. Box 49,   Pittsburgh, PA 15230-0049
13924577    Stephen J. Matse Do,    P.O. Box 1254,   Johnstown, PA 15907-1254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 01 2020 04:36:27
             Capital One Auto Finance,   C/O Ascension Capital Group,    P.O. Box 201347,
             Arlington, Tx 76006-1347
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 01 2020 04:37:06
             Capital One Auto Finance c/o AIS Portfolio Service,    4515 N. Santa Fe Ave.,   Dept APS,
             Oklahoma City, OK 73118-7901
13924566    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 01 2020 04:36:24     Capital One,
             P.O. Box 30285,   Salt Lake City, UT 84130-0285
13924567   +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 01 2020 05:25:20
             Capital One Auto Finance,   3905 Dallas Pkwy,    Plano, TX 75093-7892
13948888   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 01 2020 04:37:20
             Capital One Auto Finance c/o AIS,    Potfolio, LP f/k/a AIS Data Services,
             d/b/a Ascension Capital Group,    4515 N Santa Fe Ave Dept APS,   Oklahoma City, OK 73118-7901
13924570    E-mail/Text: G06041@att.com Apr 01 2020 04:31:46     DirecTV,   P.O. Box 11732,
             Newark, NJ 07101
13946248    E-mail/Text: bk.notifications@jpmchase.com Apr 01 2020 04:30:42     JPMorgan Chase Bank N.A.,
             National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
13924572    E-mail/Text: camanagement@mtb.com Apr 01 2020 04:30:37     M&T Bank,
             Lending Services, Customer Support,    P.O. Box 900,   Millsboro, DE 19966
13943742    E-mail/Text: camanagement@mtb.com Apr 01 2020 04:30:37     M&T Bank,   PO Box 1288,
             Buffalo, NY 14240-1288
13970946    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2020 04:37:09
             Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13924573   +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:37:46     PayPal Smart Connect,
             P.O. Box 965003,   Orlando, FL 32896-5003
13924578   +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:37:44     Walmart/GECRB,   P.O. Box 530927,
             Atlanta, GA 30353-0927
13951110   +E-mail/Text: bnc-bluestem@quantum3group.com Apr 01 2020 04:31:58     Webbank-Fingerhut,
             6250 Ridgewood Rd,   St. Cloud, MN 56303-0820
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank of America, N.A.
cr            JPMorgan Chase Bank, N.A.
cr            M&T BANK
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-7           User: jfur                Page 2 of 2                   Date Rcvd: Mar 31, 2020
                               Form ID: pdf900           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    Bank of America, N.A. jschalk@barley.com,
               sromig@barley.com
              Kenneth P. Seitz    on behalf of Debtor Sandi J. Ursel thedebterasers@aol.com
              Mario J. Hanyon    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```